**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 79 MM 2015
:
Respondent :
:
:
:
v. :
:
:
:
ROBERT C. ROWE, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of July, 2015, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.